In the Matter of the Claim of MICHAEL G. REMMICK, Appellant, against STRYKER'S LANE AUXILIARY, INC., and ÆTNA CASUALTY & SURETY Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied,

without prejudice to renew the application upon showing a meritorious cause. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.